AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Property located at 4071 Hooker Road, Roseburg,<br>Oregon, as described in Attachment "A" | )<br>)<br>)<br>)<br>)<br>) |

Case No. 1:24-mc- 242

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Property located at 4071 Hooker Road, Roseburg, Oregon, as described in Attachment "A" hereto,

located in the _____ District of _____ Oregon _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |

The application is based on these facts:

See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

S/ Sean McCaffrey

_____
*Applicant's signature*

Sean McCaffrey, SA, NPS

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ Telephone _____ *(specify reliable electronic means)*

Date: ___ 3/5/24 ___

_____
*Judge's signature*

City and state: ___ Medford, Oregon ___        MARK D. CLARKE, United States Magistrate Judge

_____
*Printed name and title*

DISTRICT OF OREGON, ss:          AFFIDAVIT OF SEAN McCAFFREY

### Affidavit in Support of an Application
### Under Rule 41 for a Search Warrant

I, Sean McCaffrey, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a U.S. Park Ranger with the National Park Service and have been since December of 2019, with additional seasonal and part-time service from 2015 to 2019.   My current assignment is at Redwood National and State Parks, assisting Oregon Caves National Monument and Preserve. My training and experience includes completing the Land Management Police Training (LMPT) basic law enforcement certification curriculum at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as advanced investigative experience working closely with special agents of the Federal Bureau of Investigations, National Park Service, U.S. Forest Service, Department of Homeland Security Homeland Security Investigations, and Customs and Border Patrol agents in multiple felony cases, including significant thefts of government property. I have been the lead field investigator on multiple felony investigations, including assaults, human smuggling and immigration violations, and child endangerment incidents.

2.      I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises 4071 Hooker Road, Roseburg, Oregon 97470 (hereinafter "Premises"), as described in Attachment A hereto, for evidence, contraband, fruits, and instrumentalities of violations of 18 U.S.C. § 641 – Theft of Government Property.   As set forth below, I have probable cause to believe that such property and items, as

**Affidavit of Sean McCaffrey**                                                              **Page  1**

described in Attachment B hereto, including any digital devices or electronic storage media, are currently located at 4071 Hooker Road, Roseburg, Oregon 97470.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.   The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Target Offenses

4.      I believe there is probable cause to believe that evidence of the following violations will be found in the places to be searched: 18 U.S.C. § 641 – Theft of Government Property, "Anyone who embezzles, steals, purloins, or knowingly converts to their use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or something of value of the United States or of any department or agency, or any property made under contract for the Government will be fined or imprisoned."

## Statement of Probable Cause

5.      **Theft Discovery** - On the morning of November 28, 2023, National Park Service (NPS) employee Jason Walz at Oregon Caves National Monument (ORCA) discovered that two large trees had been cut and felled across the Oregon Caves Highway, leading into the main visitor and administration area of the Oregon Caves National Monument.   Jason Walz notified NPS U.S. Park Ranger (USPR) Chief Stephen Troy and stated to USPR Chief Troy that the

**Affidavit of Sean McCaffrey**                                                        **Page  2**

felled trees that were blocking Oregon Caves Highway appeared to have been cut on purpose.

Photographs taken later by ORCA NPS employee Joshua Haggett showed the trees were felled

with what appeared to be a chainsaw, and the cut pattern shows they were intended to fall across

the Oregon Caves Highway.   The following pictures were taken after the roadway was cleared,

but show the trees were felled towards the roadway (left picture) and in close proximity of the

roadway (right picture).

 

6.      Later that morning, ORCA Superintendent Jeremy Curtis informed USPR Chief

Troy that they discovered a significant burglary had apparently occurred from the ORCA

maintenance shop.   Government property stolen included a CanAm Defender Max Lone Star

UTV (manufacturer stock photograph shown below);

**Affidavit of Sean McCaffrey**                                                                      **Page 3**



a BobCat ToolCat (manufacturer stock photograph shown below);



tool items, including chainsaws, cordless drills, impact hammers, generators, trimmers, blowers,

trimmers, and saws shown in the table below; and,

| Asset | Manufacturer Name | Model | Serial number | Inventory Date |
|---|---|---|---|---|
| Chainsaw | Husqvarna | 562XP | 5876447-05 | 07/15/20 |
| Chainsaw | Stihl | 084AV | 1124\05 | 07/15/20 |
| Chainsaw | Stihl | 026 | B175.1-1991 | 07/15/20 |
| Chainsaw | Stihl | MS211 | 280253448 | 07/15/20 |
| Chainsaw | Stihl | 021 | 238938719 | 07/15/20 |
| Chainsaw | Husqvarna | FHVXS | 0605AB | 8/11/2023 |
| Chainsaw | Stihl | 026 PRO | 11219673417A | 8/11/2023 |
| Chainsaw | Stihl | MS660 | 11229673417A | 8/11/2023 |
| Chainsaw | Stihl | MS261 | | 8/11/2023 |
| Chainsaw | Stihl | MS661 | 11419673506C | 8/11/2023 |
| Chainsaw | Stihl | MS24 | 11393400AS | 8/11/2023 |

**Affidavit of Sean McCaffrey**                                                    **Page  4**

| Chainsaw | Stihl | 084AV | | 8/11/2023 |
|---|---|---|---|---|
| Corded Drill | Dewalt | DW2356 | 413614 | 07/15/20 |
| Cordless Drill | Dewalt | DCD940 | 762521 | 07/15/20 |
| Cordless Drill | Dewalt | DCD950 | 631871 | 07/15/20 |
| Cordless Drill | Dewalt | DCD950 | 508248 | 07/15/20 |
| Cordless Drill | Dewalt | DC285 | 385314 | 07/15/20 |
| Cordless Drill | Dewalt | DC825 | 291784 | 07/15/20 |
| Cordless Drill | Dewalt | | 490007 | 07/15/20 |
| Cordless Hammer Drill | Milwaukee | 2904-20 | M64AF231807534 | 10/27/2023 |
| Cordless Hammer Drill | Milwaukee | 2904-20 | M64AF231807533 | 10/27/2023 |
| Cordless Impact Drill | Milwaukee | 2953-20 | M67AF231805534 | 10/27/2023 |
| Cordless Impact Drill | Milwaukee | 2953-20 | M67AF231805533 | 10/27/2023 |
| Drill | Dewalt | DCD996 | DH68NOM | 8/11/2023 |
| Drill | Dewalt | DCD996 | DH67TNC | 8/11/2023 |
| Generator | Honda | EB3000C | ABCDEFGHIJKLM | 07/15/20 |
| Generator | Honda | 1000 | AKN608 | 07/15/20 |
| Generator | Honda | EU3000is | 8610200317 | 07/15/20 |
| Generator | Honda | 2000I | EAAJ-2176424 | 07/15/20 |
| Hedge Trimmer | Stihl | KM130R | 503149726 | 07/15/20 |
| Hedge Trimmer | Stihl | HSB1R | 4737100 | 07/15/20 |
| Impact | Dewalt | DCF887 | DH62J30 | 8/11/2023 |
| Impact | Dewalt | DCF887 | DH6162M | 8/11/2023 |
| Impact | Milwaukee | 2767-20 | H96AM2211 06799 | 8/11/2023 |
| Impact | Milwaukee | 2767-20 | H96AM2216 06186 | 8/11/2023 |
| Leaf Blower | Stihl | BG65C | 263572386 | 07/15/20 |
| Leaf Blower (backpack) | Stihl | BR600 | 297589059 | 07/15/20 |
| Leaf Blower (backpack) | Stihl | BR600 | 297076714 | 07/15/20 |
| LED Light | Dewalt | DW919 | 374698201415-49 | 07/15/20 |
| LED Light | Dewalt | DW919 | 374742201415-49 | 07/15/20 |
| LED Light | Dewalt | DW919 | 354453201447-49 | 07/15/20 |
| LED Light | Dewalt | DW919 | 374721201415-49 | 07/15/20 |
| Pole Saw | Stihl | HT131 | 299207147 | 07/15/20 |

**Affidavit of Sean McCaffrey**                                                        **Page  5**

| Sawzall Reciprocating Saw | Dewalt | DC385 | 517970 | 07/15/20 |
|---|---|---|---|---|
| Sawzall Reciprocating Saw | Dewalt | DC385 | 650435 | 07/15/20 |
| Sawzall Reciprocating Saw | Milwaukee | 6524-21 | A44A607060568 | 08/11/23 |
| Sawzall Reciprocating Saw | Milwaukee | 6524-21 | A44A606410085 | 08/11/23 |
| Sawzall Reciprocating Saw | Milwaukee | 6527 | 774A39472858 | 08/11/23 |
| Sawzall Reciprocating Saw | Milwaukee | 6509 | 808B395051531 | 08/11/23 |
| Sawzall Reciprocating Saw | Dewalt | DC385 | 556428 | 07/15/20 |
| Sawzall Reciprocating Saw | Milwaukee | 6527 | 774A392472858 | 07/15/20 |
| Sawzall Reciprocating Saw | Milwaukee | 6524-21 | A44A607160508 | 07/15/20 |
| Sawzall Reciprocating Saw | Milwaukee | 2821-20 | L37AD231105546 | 10/27/2023 |
| Sawzall Reciprocating Saw | Milwaukee | 2821-20 | L37AD222401075 | 10/27/2023 |
| Skill Saw | Dewalt | DCS570 | | 8/11/2023 |
| Skill Saw | Dewalt | DCS570 | DH3KTJB | 8/11/2023 |
| String Timmer | Stihl | | 265426967 | 8/11/2023 |
| String Timmer | Stihl | | 187587277 | 8/11/2023 |
| Weedeater | Stihl | FS240 | 187587277 | 07/15/20 |
| Weedeater | Stihl | FS110 | 28546967 | 07/15/20 |

a large dual axle, black PJ (brand/manufacturer) D712 (model) 10K (payload rating) trailer

(VIN# 4P5D71221F1220676), with the added configuration and accessories of a split/spread

gate, mounted spare tire, and retractable tarp kit were added (pictures taken by ORCA NPS staff

of the missing trailer are shown below):

**Affidavit of Sean McCaffrey**                                          **Page  6**





7.    The missing dual axle black dump trailer was purchased from Diamond K Trailers out of Medford, Oregon, and is a PJ Trailers (manufacturer) D7 (model) dump trailer with white wheels with 8 triangular cutouts and 6 lugs.   There is a spare tire affixed to the right side of the trailer on the front-most side panel which has the same wheel color, cutout, and lug pattern.

**Affidavit of Sean McCaffrey**                                                                              **Page  7**

8.      There is reflective safety striping down the sides of the trailer, alternating between white and red.   The stripes on the two rear door panels and the two visible side panels of the trailer each have six different alternating reflective white and red segments.   The trailer has a retractable tarp cover at top of the front of the trailer with tarp securing hooks at rear of the trailer.



9.      The left-rear of the trailer has a "PJ Trailers" red triangular logo, and the side of the trailer has the same logo near the top and front.   Also affixed to the trailer were several "Diamond K Trailer Sales" (the original trailer vendor) white stickers, at the top-right rear of the trailer and along right side of the frame near the front of the trailer side panel.



10.    The trailer has two rear-facing brake lights at the right and left edges of the trailer near the trailer frame, below the dump-trailer doors, and has three circular red reflectors in the center of the trailer.   Along the sides of the trailer, there are several circular red reflectors along the bottom and sides of the trailer near the dump-trailer doors and the rear section of the trailer fenders.   NPS ORCA Facility Manager Joshua Haggett also stated that the trailer's brake cable had been cut, and that there was a broken and missing rear pin at the top right-side rear of the trailer.

11.    The total estimated value of all the missing government property taken from the ORCA maintenance area was approximately $100,000.

12.    **The Investigation** - ORCA employees discovered vehicle tracks in the morning snow/frost that appeared fresh.   The tracks could have only been made by those with vehicle access to the administrative and maintenance areas of ORCA behind the felled trees across the Oregon Caves Highway.   The vehicle tracks appeared to be leading out of the ORCA property

**Affidavit of Sean McCaffrey**                                                                                 **Page  9**

along the designated and well-known and signed wildland fire "escape route", locally known as the 960 Road.

13.     USPR Chief Troy requested assistance from law enforcement agencies local to ORCA, which is a federal proprietary property with state and local authority and jurisdiction. Later in the afternoon, JCSO Detective Petetit called and informed USPR Chief Troy and JCSO Deputy Wolfe and U.S. Forest Service (USFS) Special Agent (SA) Norris located the missing BobCat ToolCat parked on National Forest Road 059 (NF-059) near its intersection with NF-4611. JCSO Deputy Wolfe and USFS SA Norris secured the BobCat ToolCat, towed it to the JCSO impound facility, where it was processed for physical evidence.

14.     On November 29, 2023, a partial fingerprint from the BobCat ToolCat was recovered by JCSO Deputy Petetit and JCSO Deputy Wolfe, who transferred the evidence to USPR Chief Troy on November 30, 2023.   The results of that print are still pending.

15.     While recovering and processing the BobCat ToolCat, USFS SA Norris informed USPR Chief Troy that Keegan COOPER (hereinafter "COOPER") may be a person of interest in the investigation and had property near the route the BobCat ToolCat had appeared to have been driven from ORCA.

16.     On December 11, 2023, I interviewed a BLM employee whose identity is known to me and available to the Court upon request.   I will reference this induvial as Adult Witness 1 (AW1).   AW1 heard other BLM staff discussing the theft from ORCA and stated that AW1 knew who had committed the theft.   I talked with those involved in the discussion, including AW1's supervisor.   AW1 appeared to AW1's supervisor and other work associates to be trustworthy and credible.   Records check on AW1 shows clear of criminal history in Oregon.

**Affidavit of Sean McCaffrey**                                                                 **Page  10**

During the interview, AW1 stated that AW1 knew COOPER possessed property immediately adjacent to ORCA.   AW1previously worked for COOPER while employed by "KB Cooper Trucking" as a truck driver.   AW1 knew that COOPER fell trees across roads in the past to keep BLM officers and agents from accessing forested areas that COOPER was working in.   AW1 later quit working for COOPER, and in that process, received threats from COOPER if AW1 ever told anyone about COOPER's dealings.   AW1 was later hired to repossess a tractor owned by another of AW1's employers, and COOPER had used trees to keep AW1 and his employer from repossessing the tractor.   I asked AW1 to identify COOPER's property on a map, and AW1 identified COOPER's property outside of the small community of Williams, near the boundary with ORCA, and immediately accessible to ORCA via USFS and BLM roads.

17.    From February 11, 2024, to February 14, 2024, I went to Grants Pass to meet with JCSO Deputy Chris Watson and BLM Law Enforcement Ranger (LER) David Grissom.   Both JCSO Deputy Watson and BLM LER Grissom have a history with COOPER, and BLM LER Grissom was actively investigating COOPER for another incident that occurred near where the BobCat ToolCat was recovered.

18.    At approximately 6:00 p.m. on November 27, 2023, the date of the suspected ORCA theft, BLM LER Grissom was called for a possible significant fire on BLM property near COOPER's property, which is located approximately 7.1 miles from the boundary of ORCA, and ORCA can be accessed by the "escape route" 960 Road.   BLM LER Grissom arrived at the scene of the fire and identified a large piece of industrial machinery, a log loader, that had been on fire.   BLM LER Grissom identified COOPER at the scene. COOPER stated that he was in possession of the log loader and had been operating the log loader before it caught fire.   BLM

LER Grissom continued learned that the log loader was reported stolen.   The log loader was last seen by its legal owners on the NF-059 road, immediately adjacent to the intersection of BLM Road 39-5-31 (BLM Rd 39-5-31) and BLM Road 39-6-36 (BLM Rd 39-6-36).   The location the log loader was last parked by its legal owner was approximately 1 mile from where the ORCA BobCat ToolCat was recovered on the NF-059 road.   From the location that the log loader was stolen, the west side of COOPER's property could be accessed within two miles by traveling on the well-maintained BLM 39-6-36 road.   The BobCat ToolCat was recovered approximately 2.7 miles from the west side of COOPER's property as accessed by the BLM 39-6-36 road.   At 6:30 p.m. on November 27, 2023, the date of the suspected ORCA theft, BLM LER Grissom observed COOPER leaving COOPER's property in the direction that could easily access ORCA property.

19.     JCSO Deputy Watson relayed to me that Tyler GREER (hereinafter "GREER") had been picked up walking around the area on a previous incident.   GREER stated to Deputy Watson that GREER was COOPER's "right hand man" and that they were always together, stayed together, and worked together on COOPER's property near ORCA.   GREER had been looking for an associate while walking around the area on foot, and GREER stated that he had walked through the ORCA administrative area, including the ORCA maintenance shop where the theft on November 27, 2023, had occurred.

20.     JCSO Deputy Watson showed me several trees that he stated that COOPER had cut on BLM property immediately adjacent to COOPER's property, and they showed a cut pattern similar to those cut at the Oregon Caves Highway.

21.     JCSO Deputy Watson also relayed to me several incidents from COOPER's history in the area.   In one particular incident, JCSO Deputy Watson was called to assist the

**Affidavit of Sean McCaffrey**                                           **Page  12**

retrieval of several pieces of heavy equipment by their owner who had loaned the heavy

equipment to COOPER.   When the owner arrived, COOPER brandished a firearm on his

property and did not relinquish control of the heavy equipment per the conditions of his

agreement with the owner. JCSO Deputy Watson relayed to me information that COOPER had

extensive knowledge of the area and had driven all of the USFS and BLM roads in the area many

times on his UTV that he had recently broken.

      22.    Considering the BobCat ToolCat appeared to have been driven from ORCA, and

that a large dump trailer was towed from ORCA, it was likely that two separate vehicle operators

were needed to remove both the large dump trailer and the BobCat ToolCat from the ORCA

property in the same incident,   JCSO Deputy Watson relayed to me that if COOPER was

involved, that it would be highly likely that GREER had participated in some way.   Considering

both COOPER and GREER have experience operating heavy machinery in logging, trucking,

and towing operations (COOPER had "KB Cooper Trucking Logging" licensed as a business in

Oregon, and has an extensive logging and heavy machinery operating history), all of which

would be needed to drive a BobCat ToolCat and tow a large dump trailer filled with the missing

UTV and the rest of the missing power tools and generators from the ORCA maintenance shop.

      23.    **Locating The Trailer** - On February 27, 2024, I requested assistance from BLM

SA Justin Castro.   I asked if SA Castro could drive by known locations that COOPER had

associated with and attempt to locate the missing large dump trailer or UTV.   SA Castro sent me

a picture message that clearly showed a large black dump trailer, identified by brand "PJ"

markings and appearance, as the same make and model of the trailer that was missing from

**Affidavit of Sean McCaffrey**                                **Page  13**

ORCA.   Attached to the trailer was a large black Dodge pickup with a "KB Cooper Trucking Logging" logo affixed to the side.



COOPER had several vehicles registered to him through Oregon DMV records, and one was a Dodge Ram pickup (ORLP 840HER).   SA Castro called and informed me the trailer and truck were parked at the Premises.

**Affidavit of Sean McCaffrey**                                                                 **Page  14**

24.    The trailer observed by CASTRO was a double axle black trailer, with white wheels with 8 triangular cutouts and 6 lugs on each wheel, with a spare tire with the same wheel, cutouts, and lugs on the right side of the trailer near the top and front of the trailer.   The trailer had a red triangular logo similar to the "PJ Trailers" logo just above and to the front of the spare tire, and a white "PJ" trailer logo on the ride side of the trailer tongue.   There is a small unique white sticker "Diamond K Trailer Sales" rectangular sticker on the right side of the trailer frame, near the front of the trailer cargo area, beneath the spare tire.   The trailer also has a retractable tarp cover attached to the top of the front of the dump trailer and has tarp securing hooks at the rear of the dump trailer.   The trailer also has two reflective safety striping down the right side of the dump trailer's visible side panels, with each striping having six alternating segments of red and white.   The trailer appears to have a missing rear pin at the top right-side rear of the trailer where it would normally be located.



25.     I contacted ORCA Facility Manager Joshua Haggett and forwarded Haggett the pictures taken by SA Castro.   I asked Haggett if he or any of the ORCA NPS staff could definitively identify if the trailer was the one missing from ORCA.   Haggett said that he and his staff could not definitively identify the trailer based upon the available photos, but that it looked "close to the same" trailer.

26.     On the morning of March 4, 2024, I returned to Grants Pass to meet with JCSO Deputy Watson and BLM LER Peter Sawtell.   JCSO Deputy Watson informed me that during his routine patrols to the area, starting in the fall of 2021, around and adjacent to COOPER's property near Williams, Deputy Watson had never seen COOPER with a PJ trailer, and an Oregon DMV records check does not show a PJ trailer registered to COOPER.

27.     Additionally, on the morning of March 4, 2024, SA Castro returned to perform a plain view observation of the Premises from the co-located Roseburg Marine Services business. SA Castro stated that he saw COOPER (SA Castro is familiar with COOPER from several prior BLM investigations) exit a building on the west side of the 4071 Hooker Road property.

28.     **Search Target Location** - Based upon COOPER's history of towing trailers (COOPER's business is "KB Cooper Trucking and Towing, as per business license records out of Oregon), his possession of multiple vehicles capable of towing trailers, his familiarity with the roads and ability to navigate to and from ORCA and his property near ORCA, a reported similar ability to fall trees and obstruct roadways to prevent access, an accomplice (GREER) that stated he (GREER) was familiar with the ORCA area and stated he had been to the ORCA maintenance shop, and that an accomplice was also very likely necessary in the facilitation of the ORCA theft, I believe that the dual axle black dump trailer observed at the Premises attached to the black

Dodge pickup with the affixed "KB Cooper Trucking Logging" logo, is the stolen PJ D7 trailer

from ORCA, and that additional evidence of the ORCA theft is present at the Premises.   I also

believe the building, additional vehicles, containers, and machines on the west side of the

Premises (outside of the co-located and fenced off marine supply business) will contain the other

tools and/or equipment stolen from ORCA.

29.     Based on my training and experience, and in consultation with other law

enforcement familiar with logging operations, I know that chainsaws, drills, hammer drills,

impact drills, generators, LED lights, pole saws, reciprocating saws, and blowers can be used in

logging operations.

## Conclusion

30.     Based on the foregoing, I have probable cause to believe, and I do believe, that

Keegan COOPER committed the Target Offenses, and that stolen government property, as

described above and in Attachment B, are presently located at the Premises, which is described

above and in Attachment A.   I therefore request that the Court issue a warrant authorizing a

search of the Premises described in Attachment A for the items listed in Attachment B and the

seizure and examination of any such items found.

31.     Prior to being submitted to the Court, this affidavit, the accompanying

application, and the requested search warrant were all reviewed by Assistant United States

Attorney (AUSA) John C. Brassell.   I was informed that it is AUSA Brassell's opinion that the

affidavit and application are legally and factually sufficient to establish probable cause to support

the issuance of the requested warrant.

**Affidavit of Sean McCaffrey**                                             **Page  17**

**Request for Sealing**

32.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested search warrant, including the application, this affidavit, the attachments, and the requested search warrant.   I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.   Premature disclosure of the contents of the application, this affidavit, the attachments, and the requested search warrant may adversely affect the integrity of the investigation.



S/Sean McCaffrey

_____
Sean McCaffrey
US Park Ranger, National Park Service

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at

_____ 10 _____ a.m./p.m. on _____ 3/5/24 _____ , 20 ____ .

_____
HONORABLE MARK D. CLARKE
United States Magistrate Judge

**Affidavit of Sean McCaffrey**                                                    **Page  18**

## ATTACHMENT A

### Property to Be Searched

The first property to be searched is 4071 Hooker Road, Roseburg, Oregon 97470 located approximately 100 yards to the west, and slightly south, of the Costco Wholesale store across NE Stephens Street. The property is identified by the green outline in the picture below and appears to be owned by Keller Holdings LLC.



The occupied portion of the property is located in the southern half of the property and comprised of two large blue metal buildings, and a small building between them. Below is a picture of the occupied portion of the property as viewed with Google Maps StreetView:

**Attachment A**                                                                                                              **Page 1**



Seen between the two large metal buildings is the roof and side of the brown shed between the metal buildings, and the large metal two-garage bay building on the right are outside of the fenced area of Roseburg Marine Services which are excluded from our target search area.

The Premises consists of KB Cooper Trucking & Logging vehicles, storage containers, recreational vehicles, machines, tractors, and other industrial apparatus parked and stored on the property, including all rooms, attics, crawl spaces, safes, locked and unlocked containers and vehicles, storage areas, grounds, trash areas, garages and outbuildings assigned to or part of the residence.

**ATTACHMENT B**

**Items to Be Seized**

The items to be searched for, seized, and examined, are those items on the premises located at 4071 Hooker Road, Roseburg, Oregon 97470, referenced in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of 18 U.S.C. § 641 – Theft of Government Property.  The items to be seized cover the period November 28, 2023 to the date of the execution of this warrant.

The items referenced above to be searched for, seized, and examined are as follows:

1. PJ Trailer D712 10K Trailer (VIN 4P5D71221F1220676);
2. 2023 CanAm Defender Max Lone Star UTV (VIN 3JBUUAX44RK000290);
3. The following items:

| Asset | Manufacturer Name | Model | Serial number |
|---|---|---|---|
| Chainsaw | Husqvarna | 562XP | 5876447-05 |
| Chainsaw | Stihl | 084AV | 1124\05 |
| Chainsaw | Stihl | 026 | B175.1-1991 |
| Chainsaw | Stihl | MS211 | 280253448 |
| Chainsaw | Stihl | 021 | 238938719 |
| Chainsaw | Husqvarna | FHVXS | 0605AB |
| Chainsaw | Stihl | 026 PRO | 11219673417A |
| Chainsaw | Stihl | MS660 | 11229673417A |
| Chainsaw | Stihl | MS261 | |
| Chainsaw | Stihl | MS661 | 11419673506C |
| Chainsaw | Stihl | MS24 | 11393400AS |
| Chainsaw | Stihl | 084AV | |
| Corded Drill | Dewalt | DW2356 | 413614 |
| Cordless Drill | Dewalt | DCD940 | 762521 |
| Cordless Drill | Dewalt | DCD950 | 631871 |
| Cordless Drill | Dewalt | DCD950 | 508248 |
| Cordless Drill | Dewalt | DC285 | 385314 |
| Cordless Drill | Dewalt | DC825 | 291784 |

| Cordless Drill | Dewalt | | 490007 |
|---|---|---|---|
| Cordless Hammer Drill | Milwaukee | 2904-20 | M64AF231807534 |
| Cordless Hammer Drill | Milwaukee | 2904-20 | M64AF231807533 |
| Cordless Impact Drill | Milwaukee | 2953-20 | M67AF231805534 |
| Cordless Impact Drill | Milwaukee | 2953-20 | M67AF231805533 |
| Drill | Dewalt | DCD996 | DH68NOM |
| Drill | Dewalt | DCD996 | DH67TNC |
| Generator | Honda | EB3000C | ABCDEFGHIJKLM |
| Generator | Honda | 1000 | AKN608 |
| Generator | Honda | EU3000is | 8610200317 |
| Generator | Honda | 2000I | EAAJ-2176424 |
| Hedge Trimmer | Stihl | KM130R | 503149726 |
| Hedge Trimmer | Stihl | HSB1R | 4737100 |
| Impact | Dewalt | DCF887 | DH62J30 |
| Impact | Dewalt | DCF887 | DH6162M |
| Impact | Milwaukee | 2767-20 | H96AM2211 06799 |
| Impact | Milwaukee | 2767-20 | H96AM2216 06186 |
| Leaf Blower | Stihl | BG65C | 263572386 |
| Leaf Blower (backpack) | Stihl | BR600 | 297589059 |
| Leaf Blower (backpack) | Stihl | BR600 | 297076714 |
| LED Light | Dewalt | DW919 | 374698201415-49 |
| LED Light | Dewalt | DW919 | 374742201415-49 |
| LED Light | Dewalt | DW919 | 354453201447-49 |
| LED Light | Dewalt | DW919 | 374721201415-49 |
| Pole Saw | Stihl | HT131 | 299207147 |
| Sawzall Reciprocating Saw | Dewalt | DC385 | 517970 |

**Attachment B**                                                                 **Page 2**

| | | | |
|---|---|---|---|
| Sawzall Reciprocating Saw | Dewalt | DC385 | 650435 |
| Sawzall Reciprocating Saw | Milwaukee | 6524-21 | A44A607060568 |
| Sawzall Reciprocating Saw | Milwaukee | 6524-21 | A44A606410085 |
| Sawzall Reciprocating Saw | Milwaukee | 6527 | 774A39472858 |
| Sawzall Reciprocating Saw | Milwaukee | 6509 | 808B395051531 |
| Sawzall Reciprocating Saw | Dewalt | DC385 | 556428 |
| Sawzall Reciprocating Saw | Milwaukee | 6527 | 774A392472858 |
| Sawzall Reciprocating Saw | Milwaukee | 6524-21 | A44A607160508 |
| Sawzall Reciprocating Saw | Milwaukee | 2821-20 | L37AD231105546 |
| Sawzall Reciprocating Saw | Milwaukee | 2821-20 | L37AD222401075 |
| Skill Saw | Dewalt | DCS570 | |
| Skill Saw | Dewalt | DCS570 | DH3KTJB |
| String Timmer | Stihl | | 265426967 |
| String Timmer | Stihl | | 187587277 |
| Weedeater | Stihl | FS240 | 187587277 |
| Weedeater | Stihl | FS110 | 28546967 |

**Attachment B**                                                    **Page 3**